IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>          vs.<br>PABLO ORTEGA,<br><br>                    Defendant.<br>_____/ | CASE NO. CR F 08-0348 LJO<br><br>**ORDER ON SEVERANCE MOTION** |

The Court has received and reviewed the Defendant's MOTION FOR SEVERANCE that was filed and served on July 9, 2009, three court days before trial is to begin.

In light of the fact that the Superceding Indictment was filed on July 2, 2009, some nine months after the original Indictment, and based on facts that were known to the Government when the original Indictment was filed, coupled with the fact that the Defendant was arraigned on the new pleading on July 8, 2009, the Court finds that the instant MOTION FOR SEVERANCE is timely.

The time crunch has been caused solely by the Government, and thus, if the Government wishes to oppose the instant motion for severance, it must do so by 3 p.m. today, otherwise opposition is waived and the Court will rule on the motion.

IT IS SO ORDERED.

**Dated:   July 10, 2009**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1