**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0348 LJO |
| Plaintiff, | |
| vs. | |
| PABLO ORTEGA, | |
| Defendant. | |
| _____/ | |

The Court has received and reviewed the Defendant's MOTION TO COMPEL PRODUCTION OF RELEVANT PORTIONS OF PROCEDURE MANUAL."

The motion appears to have two components to it:

1. A request that the Government be compelled to produce a procedure manual covering procedures for the Atwater Federal Penitentiary employees in the disposition of shanks found in the possession of inmates generally, and the procedure that deals with the specific disposition of the shank in question;

2. A request for the Government to comply with its obligations pursuant to *Brady v Maryland*, 373 U.S. 83 (1963).

1

1  Since the Government needs no Court Order to require them to provide the *Brady* material, and
2  since there is no indication that there hasn't been a fulfillment of that obligation, no order will be issued
3  in that regard.
4  The Government is ordered to provide TO THE COURT ONLY, *ex parte*, the written procedure
5  sought on or before the end of the day on Monday, July 13, 2009.  The Court will review it *In Camera*.
6  If defense counsel deems it proper and appropriate, he may ask questions of any witness about what was
7  done with the shank in this case, and whether or not there are procedures, and if so, whether or not they
8  were followed concerning the shank.  Should there be an impeachment issue in this regard, the Court
9  will provide the written procedure to Defense Counsel.   If no impeachment, then there will be no need
10 whatsoever for the confidential information to be provided to anyone for any purpose.
11 IT IS SO ORDERED.
12 **Dated:     July 10, 2009**                               **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE