**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0348 LJO |
| Plaintiff, | **ORDER ON MOTION TO SEVER** |
| vs. | |
| PABLO ORTEGA, | |
| Defendant. | |
| _____/ | |

The Court has received and reviewed the Defendant's Motion to Sever and the opposition to the Motion to Sever. (Doc. 67.)

The Motion to Sever is DENIED. The two charges arise from the same act or transaction. The seizure of a weapon from the defendant led to efforts to properly identify him, and the defendant's alleged refusal to correctly identify himself appears to have arguably precipitated the riot. Thus, the evidence of the two offenses overlap. Further, since January 2009, defense counsel has known about the potential charge and was apprised at various stages of the progress toward a superseding indictment. Accordingly, the motion to sever is denied.

IT IS SO ORDERED.

**Dated:   July 10, 2009**                     /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE