

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>vs.                                       )<br>)<br>PABLO ORTEGA,                      )<br>_____) | **JUDGMENT OF ACQUITTAL**<br><br>1:08-CR-348 LJO |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.


Dated:  __July 16, 2009_____          _____
                                                              HONORABLE LAWRENCE J. O'NEILL
                                                              United States District Judge